JS - 6

O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

GREAT AMERICAN INSURANCE )
COMPANY, an Ohio corporation, )
                           )
            Plaintiff, )   NO.  EDCV-12-00743-JLQ
                           )
   v. )  ORDER OF
                           )  JUDGMENT OF DISMISSAL
                           )  WITHOUT PREJUDICE AND
                           )  CLOSING FILE
SSL, LLC, a California limited )
liability company, et al., )
                           )
           Defendants. )
_____)

       On April 11, 2013, Plaintiff filed a Notice of Dismissal Without Prejudice

Pursuant to Fed.R.Civ.P. 41(a), consenting to the dismissal of the claims in the

Complaint (ECF No. 1) against all of the Defendants.  (ECF No. 32).

       Pursuant to this Notice, judgment herein is entered pursuant to Fed.R.Civ.P

54 and Fed.R.Civ.P 58 dismissing the Complaint and the claims therein without

prejudice and without costs or attorney fees to any party.

       The parties shall notify bankruptcy counsel for the Ruels and assigned ADR

Panel  mediator, Malcolm S. McNeil, of this Order.

       **IT IS SO ORDERED**.  The Clerk of this court shall enter this Order, forward

copies to counsel for all parties, and CLOSE THE FILE.

       Dated this 11th day of April, 2013.

                     s/ Justin L. Quackenbush
                 JUSTIN L. QUACKENBUSH
           SENIOR UNITED STATES DISTRICT JUDGE

ORDER – 1