JS - 6
O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SSL, LLC, a California limited liability company, et al.,<br><br>　　　　Defendants. | NO. EDCV-12-00743-JLQ<br><br>ORDER OF JUDGMENT OF DISMISSAL WITHOUT PREJUDICE AND CLOSING FILE |

　　　On April 11, 2013, Plaintiff filed a Notice of Dismissal Without Prejudice Pursuant to Fed.R.Civ.P. 41(a), consenting to the dismissal of the claims in the Complaint (ECF No. 1) against all of the Defendants. (ECF No. 32).

　　　Pursuant to this Notice, judgment herein is entered pursuant to Fed.R.Civ.P 54 and Fed.R.Civ.P 58 dismissing the Complaint and the claims therein without prejudice and without costs or attorney fees to any party.

　　　The parties shall notify bankruptcy counsel for the Ruels and assigned ADR Panel mediator, Malcolm S. McNeil, of this Order.

　　　**IT IS SO ORDERED**.  The Clerk of this court shall enter this Order, forward copies to counsel for all parties, and CLOSE THE FILE.

　　　Dated this 11th day of April, 2013.

　　　　　　　　　s/ Justin L. Quackenbush
　　　　　　　　JUSTIN L. QUACKENBUSH
　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER – 1